**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **VALLEY MEDIA, INC.,** | ) | **Case No. 01-11353(PJW)** |
| Debtor | ) | |
| | ) | |
| **COMMONWEALTH OF MASSACHUSETTS** | ) | |
| **DEPARTMENT OF REVENUE,** | ) | |
| Creditor/Appellant | ) | |
| v. | ) | |
| | ) | |
| **VALLEY MEDIA, INC.** | ) | |
| Debtor/Appellee | ) | |

**DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF THE ISSUES TO BE PRESENTED**

The Commonwealth of Massachusetts Department of Revenue ("MDOR"), a creditor in the bankruptcy case of Valley Media, Inc. pending as Case No. 01-11353 (PJW) in the United States Bankruptcy Court for the District of Delaware under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §101 *et seq.*, and appellant to the United States District Court for the District of Delaware under 28 U.S.C §158(a) from the judgment, order or decree of the Honorable Peter J. Walsh, United States Bankruptcy Judge, captioned "Final Order Granting Debtor's Fifth Omnibus Objection (Substantive) To Claims (Re: D.I.1287)," entered in this case as Docket No. 2113 on January 13, 2005, in the contested matter commenced by the Debtor's Fifth Omnibus Objection (Substantive) To Claims, Docket No. 1287, hereby designates the following items to be included in the record on appeal and provides the statement of issues to be presented on appeal, pursuant to Fed.R.Bankr.P. Rule 8006.

187842

# DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
## Volume I: Pleadings
## Volume II: Stipulation of Facts With All Exhibits

| Description of Item | Dated | Docket No. | Volume I Record Tab |
|---|---|---|---|
| MDOR's Proof of claim 563 (as amended) | 4/7/03 | | 1 |
| Debtor's Fifth Omnibus (Substantive) Objection to Claim | 3/14/03 | 1287 | 2 |
| MDOR's Opposition to Debtor's Fifth Omnibus Objection to Claims | 5/16/03 | 1373 | 3 |
| Certification re filing of MDOR's response and scheduling matter for 7/22/03 | 5/22/03 | 1379 | 4 |
| Agenda of matters scheduled for 7/22/03 | 7/18/03 | 1433 | 5 |
| Notice and Substitution of Appearance, Attorney Certification, and Request for Service of Papers | 7/16/03 | 1434 | 6 |
| Agenda of matters scheduled for 9/4/03 | 9/2/03 | 1484 | 7 |
| Agenda of matters scheduled for 10/15/03 | 10/13/03 | 1521 | 8 |
| Agenda of matters scheduled for 12/4/03 | 12/203 | 1590 | 9 |
| Stipulation Of Facts With All Exhibits | 12/2/03 | 1592 | See Record Vol. II |
| Valley Media's Brief For Debtor | 12/08/03 | 1600 | 10 |
| MDOR's Memorandum Of Law In Support Of Claim | 12/11/03 | 1603 | 11 |
| Valley Media's Reply Brief For Debtor | 2/9/04 | 1668 | 12 |
| MDOR's Memorandum Of Law In Reply | 2/13/03 | 1680 | 13 |
| Notice of Completion of Briefing | 2/16/04 | 1683 | 14 |
| Bankruptcy Court's Memorandum Opinion | 1/29/05 | 2091 | 15 |
| Bankruptcy Court's Order Granting Fifth Omnibus Objection To Claims | 1/13/05 | 2113 | 16 |

| | | | |
|---|---|---|---|
| Motion By MDOR To Extend Time For Filing Notice Of Appeal | 1/21/05 | 2126 | 17 |
| Order Enlarging Time For Filing Notice Of Appeal | 2/1/05 | 2148 | 18 |
| Notice of Appeal | 2/9/05 | 2160 | 19 |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Whether the Bankruptcy Court erred in interpreting the Massachusetts sales tax statute, Mass. G.L. c. 64H §1 *et seq.*, in a manner that relieves Valley Media, Inc., from any sales tax liability on its drop shipment transactions.

2, Whether the Bankruptcy Court erred in interpreting the Massachusetts use tax statute, Mass. G.L. c. 64I §1 *et seq.*, in a manner that relieves Valley Media, Inc., from any use tax liability on its drop shipment transactions.

        COMMONWEALTH OF MASSACHUSETTS
        DEPARTMENT OF REVENUE, Appellant

        THOMAS F. REILLY, ATTORNEY GENERAL
        KEVIN W. BROWN, SPECIAL ASSISTANT
        ATTORNEY GENERAL

        Signed:  ___/S/__ Jeffrey S. Ogilvie_____
         Attorney for Appellant
         Jeffrey S. Ogilvie  (BBO # 377815)
         Massachusetts Department of Revenue
         Litigation Bureau, P.O. Box 9565
         100 Cambridge Street, 7th Floor
         Boston, MA 02114-9565
         (617) 626-3223
         Fax: 617-626-3289
         e-mail: ogilvie@dor.state.ma.us

Date: February 9, 2005

187842

## CERTIFICATE OF SERVICE

      I, Jeffrey S. Ogilvie, certify that on February 22, 2005, I served the following pleading:

DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
AND STATEMENT OF THE ISSUES TO BE PRESENTED

by notice of electronic filing and by mailing a copy thereof to the following parties via first class mail postage prepaid:

Edward DeFranceschi
Jason Bell
6 Beacon Street
Boston, MA  02108-3802

Michael G. Busenkell
Morris Nichols , Arsth & Tunnell
1201 N, Market Street
P.O. BOX 1347
Wilmington, DE 19899


    ___Jeffrey S. Ogilvie   /S/_____
       Jeffrey S. Ogilvie

187842