## CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Kevin F. Brady
TEL      (302) 888-6257
FAX      (302) 255-4257
EMAIL    kbrady@cblh.com
REPLY TO Wilmington Office



RECEIVED
APR 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

April 12, 2005

**By Hand Delivery**

Monica Mosley
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:    Valley Media Inc., CV 05-179 (Appeal) JJF

Dear Monica:

I have met telephonically with counsel for the parties in the above-referenced appeal and have exhausted the potential for mediation. As a result, the appeal in this case is ready to move forward.

Yours very truly,

Kevin F. Brady
(Bar No. 2248)

KFB/saj
cc:    Clerk, U.S. District Court
       Michael G. Busenkell, Esquire
       Jeffrey S. Ogilvie, Esquire
       (390895)