# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**In Re:  VALLEY MEDIA, INC., Debtor**

_____

|  |  |  |
|---|---|---|
| **COMMONWEALTH OF MASSACHUSETTS** | ) | **Civil Action No. 05-179** |
| **DEPARTMENT OF REVENUE,** | ) | |
| Creditor/Appellant | ) | |
| v. | ) | |
| | ) | |
| **VALLEY MEDIA, INC.** | ) | |
| Debtor/Appellee | ) | **Bankruptcy Case No. 01-11353** |
| | ) | |

_____

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey S. Ogilvie, Esq., to represent the Commonwealth of Massachusetts, Department of Revenue, creditor/appellant in this matter.

Dated: April 4, 2005
     Wilmington, DE

 

                        Signed:

                        /s/ Stuart B. Drownes_____
                        Stuart B. Drowos, Esq.
                        Delaware State Bar I.D. No. 427
                        Deputy Attorney General
                        Division of Revenue, Department of Finance
                        Carvel State Building
                        820 French Street, 8th Floor
                        Wilmington, DE 19801
                        Tel: 302-577-8660

                        Local associated counsel for appellant.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:  _____, 2005       _____
                                       United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted practicing and in good standing as a member of the Bar of the Supreme Judicial Court for the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the Courts of Appeals for the First and Sixth Circuits, and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

Signed:

/s/ Jeffrey S. Ogilvie
[Original signature is retained by local counsel.]
Jeffrey S. Ogilvie
Mass. Board of Bar Overseers No. 377815
Massachusetts Department of Revenue
Litigation Bureau, P.O. Box 9565
100 Cambridge Street, 7th Floor
Boston, MA 02114-9565
Tel: (617) 626-3223
Fax: (617) 626-3289
e-mail: ogilvie@dor.state.ma.us

Date: April 1, 2005