

*The Commonwealth of Massachusetts*
*Department of Revenue*
*Litigation Bureau – Seventh Floor*
*100 Cambridge Street - P.O. Box 9565*
*Boston, Massachusetts 02114-9565*

ALAN L. LEBOVIDGE
COMMISSIONER

KEVIN BROWN
GENERAL COUNSEL

Writer's Direct Dial: (617) 626-3223
Fax: (617) 626-3289
email: ogilvie@dor.state.ma.us

April 5, 2005

VIA UPS OVERNIGHT DELIVERY
Clerk, United States Bankruptcy Court
  District of Delaware
824 Market Street – 6th Floor
Wilmington, DE 19801

05 - 179

Re:   Valley Media, Inc. Case No. 01-11353 (PJW

Dear Sir:

Enclosed for forwarding to the District Court is the two-volume record on appeal as designated by the parties, together with the certificate of service.

Kindly date stamp the enclosed copy of the certificate of service and return in the enclosed postage-paid envelope.

Very truly yours,

Jeffrey S. Ogilvie
Counsel to MDOR

cc:   Edward DeFranceschi
      Jason Bell

