## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, certify that I am not less than 18 years of age, and that on July 5, 2005, service of the foregoing **Answering Brief for Appellee Valley Media** was made upon the entities listed below in the manner indicated.

Dated: Wilmington, Delaware
       July 5, 2005

_____
Michael G. Busenkell (No. 3933)

**VIA HAND DELIVERY**

Richard Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**

Jeffrey S. Ogilvie
Litigation Bureau
Massachusetts Dept. of Revenue
P.O. Box 9565
100 Cambridge Street, 7th Fl.
Boston, MA 02114

Edward DeFranceschi, Esq.
Jason Bell, Esq.
Edward DeFranceschi, PC
6 Beacon Street, Suite 515
Boston, MA 02108