## CERTIFICATE OF SERVICE

I, Joanna F. Newdeck, Esquire, hereby certify that on the July 22, 2005, I caused a true and correct copy of **Valley Media Liquidating Trustee's Motion for Leave to File a Sur-Reply Brief in Response to Appellant's Reply Brief** to be served upon the parties listed below in the manner indicated.

Dated: July 22, 2005

*Joanna F. Newdeck (#4587)*

**VIA HAND DELIVERY**

Stuart B. Drowos
Department of Justice
820 N. French Street, 8th Floor
Carvel Office Building

**VIA FIRST CLASS MAIL**

Jeffrey S. Ogilvie
Massachusetts Department of Revenue
Litigation Bureau
P.O. Box 9565
100 Cambridge Street, 7th Floor
Boston, MA 02114-9565

475569