IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VALLEY MEDIA, INC.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 01-11353 (PJW) |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE,<br>　　　　　Appellant/Creditor,<br>　　v.<br>VALLEY MEDIA, INC.,<br>　　　　　Appellee/Debtor. | C.A. No. 05-179-JJF |

## **ORDER**

The Court having considered the Valley Media Liquidating Trustee's Motion For Leave To File A Sur-Reply Brief In Response to Appellant's Reply Brief (the "Motion"), and finding good cause therefor,

IT IS HEREBY ORDERED this ____ day of _____, 2005, that the Motion is granted and the sur-reply brief attached to the Motion as Exhibit A, shall be deemed filed as of the date of this Order.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE