IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Bankruptcy Appeal

In Re:
VALLEY MEDIA, INC.,
Bankruptcy Case No. 01-11353

COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE

                Appellant/Creditor,

v.

VALLEY MEDIA, INC.,

                Appellee/Debtor.

Civil Action No. 05-179 (JJF)

SUR-REPLY BRIEF FOR APPELLEE
VALLEY MEDIA

Morris, Nichols, Arsht & Tunnell
Robert J. Dehney, Esq.
Michael Busenkell, Esq.
Joanna F. Newdeck, Esq.
Attorneys for Appellee
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200

Edward DeFranceschi, P.C.
Edward DeFranceschi, Esq.
Jason Bell, Esq.
Attorneys for Appellee
6 Beacon Street, Ste 515
Boston, MA 02108
(617) 723-6068

Date of Filing: July 22, 2005

Appellee responds to three points raised by Appellant in its Reply Brief filed with the Court on July 18, 2005.

First, the term "agent," as used within Massachusetts General Laws c. 64H § 1, refers to the agent of the owner or former owner.[1] It does not refer to the "agent" of a retailer not engaged in business in the commonwealth.

Second, Appellant's comparison of the amended statute to the statute at issue in this case fails to acknowledge that the Massachusetts legislature added the following key phrase to the amended statute: " . . . regardless of any contrary statutory or contractual terms concerning the passage of tile or risk of loss which may be expressly or impliedly applicable to any contract or other agreement or arrangement for the sale . . . ." Furthermore, Appellant has not cited to any cases that have acknowledged its longstanding interpretation of the statute. Appellant's interpretation was not the law during the periods at issue in this case.

Lastly, Appellant's contention that it has not, and will not, impose a use tax against the Massachusetts customers is misleading. It is not within Appellant's discretion

---

[1] Massachusetts General Laws c. 64H, § 1 provides that "a sale of services or tangible personal property or both for any purposes other than resale in the regular course of business. The delivery in the Commonwealth of tangible personal property by an owner or former owner thereof, or by a factor, or *agent of such owner, former owner or factor*, if the delivery is to a consumer or to a person for redelivery to a consumer, pursuant to a retail sale made by a retailer not engaged in business in the Commonwealth, is a retail sale in the Commonwealth by the person making the delivery. He shall include the retail selling price of the property in his gross receipts." (emphasis added).

to decide whether to impose a use tax against the Massachusetts customers.[2] By law, the Massachusetts customers must self-assess the use tax on their Massachusetts Income Tax Return[3] and are not relieved of this obligation unless: (1) the tax has been paid; or (2) they possess a receipt that shows that the tax has been collected.[4]

Respectfully submitted,

Morris, Nichols, Arsht & Tunnell

/s/ J. Newdeck
Robert J. Dehney, Esq. (# 3578)
Michael Busenkell, Esq. (# 3933)
Joanna F. Newdeck (# 4587)
Attorneys for the Appellee
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200

Edward DeFranceschi, PC
Edward DeFranceschi, Esq.
Jason Bell, Esq.
Attorneys for the Appellee
6 Beacon Street, Ste 515
Boston, MA 02108
(617) 723-6068                          475571

---

[2] "Every person storing, using or otherwise consuming in the commonwealth tangible personal property or services purchased from a vendor shall be liable for the tax imposed by this chapter." MASS. GEN. LAWS ch. 64I, § 3; *see also* MASS. REGS. CODE tit. 830, § 64H.6.7(3)(b)(4).

[3] See Line 33 of the Form 1 Massachusetts Resident Income Tax Return attached hereto as Exhibit A.

[4] "His liability shall not be extinguished until said tax has been paid to the commissioner, except that a receipt from a vendor engaged in business in the commonwealth or from a vendor who is authorized by the commissioner, under such regulations as the commissioner may prescribe, to collect the tax and who is, for the purposes of this chapter, regarded as a vendor engaged in business in the commonwealth, given to the purchaser pursuant to section four, shall be sufficient to relieve the purchaser from further liability for the tax to which the receipt refers." MASS. GEN. LAWS ch. 64I, § 3.

EXHIBIT A

FORM 1 MASSACHUSETTS RESIDENT INCOME TAX RETURN



# 2004 Form 1 MA0400111015
Massachusetts Resident Income Tax Return
FOR FULL YEAR RESIDENTS ONLY
For the year January 1-December 31, 2004 or other taxable
Year beginning          Ending
  Taxpayer deceased    Spouse deceased

APT NO                          Name/address changed since 2003

**State Election Campaign Fund:**        $1 You     $1 Spouse, if filing jointly    TOTAL ▶ $
1. **Filing status** (select one only):    Single    Married filing joint return    Married filing separate return
   Head of household
2. **Exemptions:**    Fill in if noncustodial parent
   a. Personal exemptions                                                                                    **a**
   b. Number of dependents. (Do not include yourself or your spouse.) Enter number ▶        x $1,000 =    **b**
   c. Age 65 or over before 2005    You +    Spouse = ▶                              x $700 =      **c**
   d. Blindness                      You +    Spouse = ▶                              x $2,200 =    **d**
   e. Other: 1. Medical/dental ▶              2. Adoption ▶                          1 + 2 =       **e**
   f. Total exemptions. Add items a, b, c, d and e. Enter here and on line 18                     ▶ **2f**
3. Wages, salaries, tips                                                                           ▶ 3
4. Taxable pensions and annuities                                                                  ▶ 4
5. Mass. bank interest: a. ▶              – b. exemption                                           = 5
6. Business/profession or farm income or loss                                                      ▶ 6
7. Rental, royalty and REMIC, partnership, S corp., trust income/loss                              ▶ 7
8. Unemployment: a. ▶         ☐    Mass. lottery winnings: b. ▶          ☐    a + b =    8
9. Other income from Schedule X, line 5                                                            ▶ 9
10. **TOTAL 5.3% INCOME**                                                                           10
11. Amount paid to Soc. Sec. Medicare, R.R., U.S. or Mass. Retirement
    a. You ▶           + b. Spouse ▶                                                   a + b =    11
12. Child under age 13, or disabled dependent/spouse care expenses                                 ▶ 12
13. Number of dependent member(s) of household under age 12, or dependents age 65 or over (not you or your spouse) as of
    12/31/04, or disabled dependent(s)
    Not more than two. a.  ▶ ☐                                                x $3,600 =   13
14. Rental deduction. a. ▶                                                                ÷ 2 = ▶ 14
15. Other deductions from Schedule Y, line 10                                                      ▶ 15

SIGN HERE. Under penalties of perjury, I declare that to the best of my knowledge and belief this return and enclosures are true, correct and complete.

| Your signature | Date | Print paid preparer's name<br>EDWARD DEFRANCESCHI | Paid preparer's SSN or PTIN<br>▶ 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 |
| Spouse's signature (if filing jointly) | Date | Paid preparer's phone<br>617-723-6068 | Paid preparer's EIN<br>▶ 04-2992410 |

May the Department of Revenue discuss
this return with the preparer shown here?                    ▶ Paid preparer's signature        Date            Check if self-employed
(see instructions) ▶       Yes                                                                   07/20/05
I do not want preparer to file my return electronically    ▶ (This may delay your refund)

**PRIVACY ACT NOTICE AVAILABLE UPON REQUEST**



## 2004 Form 1, pg. 2  MA0400121015
Massachusetts Resident Income Tax Return

| | | |
|---|---|---|
| 16. | Total deductions. Add lines 11 through 15 | ▶ 16 |
| 17. | 5.3% INCOME AFTER DEDUCTIONS. Subtract line 16 from line 10. **Not less than "0"** | 17 |
| 18. | Exemption amount | 18 |
| 19. | 5.3% INCOME AFTER EXEMPTIONS. Subtract line 18 from line 17. **Not less than "0"** | 19 |
| 20. | INTEREST AND DIVIDEND INCOME | ▶ 20 |
| 21. | TOTAL TAXABLE 5.3% INCOME. Add lines 19 and 20 | 21 |
| 22. | TAX ON 5.3% INCOME. Note: If choosing the optional 5.85% tax rate, fill in and multiply line 21 and the amount in Schedule D, line 20 by .0585    ▶ | 22 |
| 23. | 12% INCOME. Not less than "0."   a. ▶ | x .12 = 23 |
| 24. | TAX ON LONG-TERM CAPITAL GAINS. Not less than "0." Fill in if filing Schedule D-IS    ▶ | ▶ 24 |
| | Fill in if any excess exemptions were used in calculating lines 20, 23 or 24   ▶ | |
| 25. | Credit recapture amount   BC   EOA   LIH | ▶ 25 |
| 26. | If you qualify for No Tax Status, fill in and enter "0" on line 27   ▶ | |
| 27. | TOTAL INCOME TAX. Add lines 22 through 25 | 27    0 |
| 28. | Limited Income Credit | ▶ 28 |
| 29. | Other credits from Schedule Z, line 3   ▶ | 28 + 29 = 30 |
| 31. | INCOME TAX AFTER CREDITS. Subtract line 30 from line 27. **Not less than "0"** | 31    0 |
| 32. | Voluntary Contributions: a. Organ Transplant Fund   ▶         b. Endangered Wildlife Conservation ▶        c. Massachusetts AIDS Fund   ▶        d. Massachusetts United States Olympic Fund   ▶        Total of a, b, c and d  32 | |
| 33. | Use tax due on out-of-state purchases. If no use tax due enter "0" | ▶ 33    0 |
| 34. | INCOME TAX AFTER CREDITS PLUS CONTRIBUTIONS AND USE TAX. Add lines 31 through 33 | 34 |
| 35. | Massachusetts income tax withheld | ▶ 35 |
| 36. | 2003 overpayment applied to your 2004 estimated tax | ▶ 36 |
| 37. | 2004 Massachusetts estimated tax payments | ▶ 37 |
| 38. | Earned Income Credit. a. Number of qualifying children   ▶       Amount from U.S. return   ▶     x .15 =  ▶ 38 |  |
| 39. | Senior Circuit Breaker Credit | ▶ 39 |
| 40. | Payments made with extension | ▶ 40 |
| 41. | TOTAL TAX PAYMENTS. Add lines 35 through 40 | 41 |
| 42. | Overpayment. Subtract line 34 from line 41 | ▶ 42 |
| 43. | Amount of overpayment you want **applied to your 2005 estimated tax** | ▶ 43 |
| 44. | Refund. Subtract line 43 from line 42. Mail to: Massachusetts DOR, PO Box 7001, Boston, MA 02204 | ▶ 44 |

Direct deposit of refund. Type of account   ▶   checking   savings

RTN # ▶            account # ▶

45. Tax due. Mail to: Massachusetts DOR, PO Box 7002, Boston, MA 02204        ▶ 45
    Interest ▶        Penalty ▶        M-2210 amt. ▶        ▶        EX enclose Form M-2210

**BE SURE TO INCLUDE THIS PAGE WITH FORM 1, PAGE 1**