IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| VALLEY MEDIA, INC., | : | Bankruptcy Case No. 01-11353-PJW |
| | : | |
| Debtor. | : | |
| | : | |
| COMMONWEALTH OF MASSACHUSETTS | : | |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| Appellant/Creditor, | : | |
| | : | |
| v. | : | Civil Action No. 05-179-JJF |
| | : | |
| VALLEY MEDIA, INC., | : | |
| | : | |
| Appellee/Debtor. | : | |

**<u>FINAL ORDER</u>**

At Wilmington, this 28 day of February 2006 for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The January 13, 2005 Order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") granting the Debtor's Fifth Omnibus Objection (Substantive) To Claims (Re: D.I. 1287) and disallowing the proof of claim filed by Appellant, the Commonwealth of Massachusetts Department of Revenue, for sales taxes related to drop shipments of the Debtor, Valley Media, Inc. is **<u>AFFIRMED</u>**.

2. Valley Media's Liquidating Trustee's Motion For Leave To File A Sur-Reply Brief In Response To Appellant's Reply Brief

(D.I. 12) is **DENIED**.

                                                          _/s/ Joseph J. Farnan, Jr._
                                                          UNITED STATES DISTRICT COURT