UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:                             )<br>VALLEY MEDIA, INC.,                 )<br>    Debtor                             )<br>                                       )<br>COMMONWEALTH OF MASSACHUSETTS  )<br>DEPARTMENT OF REVENUE,             )<br>    Creditor/Appellant                 )<br>v.                                  )<br>                                       )<br>VALLEY MEDIA, INC.                  )<br>    Debtor/Appellee                    )<br>                                       ) | Chapter 11<br>Case No. 01-11353(PJW)<br><br>District Court<br>Civil Action No. 05-179 (JJF)<br><br><br>**NOTICE OF APPEAL** |

The Commonwealth of Massachusetts Department of Revenue, the appellant in the above-captioned action and a creditor in the bankruptcy case of Valley Media, Inc. pending as Case No. 01-11353 (PJW) in the United States Bankruptcy Court for the District of Delaware under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §101 *et seq*., appeals to the United States Court of Appeals for the Third Circuit under 28 U.S.C. §158(b) from the judgment, order or decree of the Honorable Joseph J. Farnan, Jr., United States District Court Judge, captioned "Final Order" entered in the above-captioned action as Docket No. 15 on February 28, 2006, in the appeal from an order of the United States Bankruptcy Court for the District of Delaware.

The names of all parties to the judgment, order or decree appealed from, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

Name of Party                              Attorney
Valley Media, Inc.                      Robert J. Dehney (#3578)
                                                Michael G. Busenkell (#3933)
                                                Morris Nichols Arsht & Tunnell
                                                1201 North Market Street
                                                Wilmington, Delaware 19899-1347
                                                (302) 658-9200

186514

| Name of Party | Attorney |
|---|---|
| Valley Media, Inc. | Edward DeFranceschi  (Mass. BBO # 118020)<br>Jason Bell (Mass. BBO # 644757)<br>6 Beacon Street<br>Boston, MA  02108-3802<br>(617) 723-6068 |

| Name of Party | Attorney |
|---|---|
| Commonwealth of Massachusetts<br>Department of Revenue | Thomas F. Reilly, Attorney General<br>Kevin W. Brown, Special Assistant Attorney General<br>Jeffrey S. Ogilvie (Mass. BBO # 377815)<br>Massachusetts Department of Revenue<br>Litigation Bureau, P.O. Box 9565<br>100 Cambridge Street, 7th Floor<br>Boston, MA 02114-9565<br>(617) 626-3223 |

Signed:    __/S/__ Jeffrey S. Ogilvie_____
            Attorney for Appellant

/S/ Stuart B. Drowos_____
Stuart B. Drowos (DE Bar No. 427)
Deputy Attorney General
Div. of Revenue, Department of Finance
Carvel Bldg., 820 French Street, 8th Floor
Wilmington, DE 19801
302-577-8660
  *Local associated counsel for Appellant*

Date: March 30, 2006

2

186514

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2006, I electronically filed the attached Notice of Appeal with the Clerk of the Court using CM/ECF which will send electronic notification of such filings to the following: Edward DeFranceschi; Michael G. Busenkell; and Jeffrey S. Ogilvie.

                          By: s/s Stuart B. Drowos
                             Stuart B. Drowos, I.D. # 427
                             Deputy Attorney General
                             Div. of Revenue, Department of Finance
                             Carvel Bldg., 820 French Street, 8th Floor
                             Wilmington, DE 19801
                             (302) 577-8400
                             stuart.drowos@state.de.us
                             Local associated counsel for Appellant

186514