OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4927 |

www.ca3.uscourts.gov

March 19, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 06-2163**
    **In Re: Valley Media**
       **No. 05-cv-00179**

Dear Mr. Dalleo:

　　Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

　　Kindly acknowledge receipt for same on the enclosed copy of this letter.

　　Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　MARCIA M. WALDRON
　　　　　　　　　　　Clerk

　　　　　　　　　　　*/s/ Dana M. Moore*

　　　　　　　　By:　Dana M. Moore
　　　　　　　　　　　Case Manager

Enclosure

cc:
　　　　Jeffrey S. Ogilvie, Esq.
　　　　Jason T. Bell, Esq.
　　　　Edward DeFranceschi, Esq.
　　　　Gilbert R. Saydah Jr., Esq.
　　　　Robert J. Dehney, Esq.